IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02665-WYD-KLM

JUAN SOLIS VILLAGOMEZ,

    Plaintiff(s),

v.

THE CITY OF AURORA; and
SHAWN KURIAN,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to Amend Caption of Case (Docket No. **37,** Filed August 03, 2007) ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall remove the name Shawn Kurian as a defendant  from the caption in this matter.

Dated: August 9, 2007