IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02665-WYD-KLM

JUAN SOLIS VILLAGOMEZ,

    Plaintiff,

v.

THE CITY OF AURORA,

    Defendant.

---

## MINUTE ORDER

---

    Plaintiff's Renewed Unopposed Motion to Amend Caption of Case and Clarify Trial Date, filed September 20, 2007 (docket #48) is **GRANTED**.  While the September 4, 2007, Courtroom Minutes state that the continued 4-day jury trial in this case is set to commence Tuesday, January 22, 2008, due to a scheduling conflict of the Court, the Tuesday, January 22, 2008, date must be **VACATED**, and the trial is reset to commence on **Monday, February 25, 2008, at 9:00 a.m.**  If the parties desire to alter the February 25, 2008, start date they shall file an appropriate motion.

    Dated:  September 20, 2007