IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02665-WYD-KLM

JUAN SOLIS VILLAGOMEZ,

    Plaintiff,

v.

THE CITY OF AURORA,

    Defendant.

---

**ORDER**

---

The parties have filed a Stipulation for Dismissal with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

    Dated: February 22, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge